IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>INFORMATION</u> |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1 15 CR 344 |
| | ) | Title 18, Section 641, United |
| BEVERLY HARRIS, | ) | States Code |
| | ) | JUDGE GWIN |
| Defendant. | ) | |

COUNT 1

The United States Attorney charges:

From on or about March 1, 2009, through December 1, 2013, in a continuing course of conduct, in the Northern District of Ohio, Eastern Division, the defendant, BEVERLY HARRIS, did knowingly embezzle, steal, purloin, and convert to her use, one or more Social Security Administration Title II survivor benefit payments, issued in the name of L. D., the defendant's deceased mother, being money and property of the United States, and a department and agency thereof, namely, funds of the Social Security Administration, in excess of $1,000, to wit: after the death of her mother, the defendant continued to receive and convert Social Security Administration Title II survivor benefit payments totaling approximately $50,263, in violation of Title 18, Section 641, United States Code.

STEVEN M. DETTELBACH
United States Attorney

By: _____
EDWARD F. FERAN, Unit Chief
Major & Cyber Crimes